# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**BRUCE BRAULT**

    Plaintiff

VS.                                                  NO. 3:17-cv-00539

**STATE FARM FIRE AND CASUALTY**

    Defendant

## LIST OF DAMAGES

**COME THE PLAINTIFF**, **BRUCE BRAULT,** by and through counsel, and files this List of Damages.

1. **ONE HUNDRED SEVENTY-FIVE THOUSAND THREE HUNDRED FIFTY ($175,350.00) DOLLARS.** This sum represents the balance of the personal property coverage afforded under the policy supported by the personal property sheets previously provided to opposing counsel.

**RESPECTFULLY SUBMITTED** this the _____ day of _____, 2022.

_____
GEORGE R. GARRISON
BPR # 014102
ATTORNEY FOR PETITIONERS

1142 Dolly Parton Pkwy.
Sevierville, Tennessee 37862
(865) 453-7990

## ATTORNEY'S CERTIFICATE

I, **GEORGE R. GARRISON, ATTORNEY**, do hereby certify that I have this date sent a true and exact copy of the foregoing List of Damages to

**MATTHEW J. EVANS**,
*KAY GRIFFIN, PLLC.*
900 S. Gay Street, Suite 1810,
Knoxville, Tennessee 37902,
Attorney for State Farm fire and Casualty
Via: E-mail at matthew.evans@kaygriffin.com

and

**DANIEL C. HEADRICK**
*KAY GRIFFIN, PLLC.*
900 S. Gay Street, Suite 1810,
Knoxville, Tennessee 37902,
Attorney for State Farm fire and Casualty
Via: E-mail at dheadrick@kaygriffin.com

This the _____7_____ day of _____April_____, 20__22__

_____
**GEORGE R. GARRISON**
**ATTORNEY**